1  KENNETH A. FEINSWOG

2  Bar No. 129562
   6100 Center Drive

3  Suite 630

4  Los Angeles, California 90045

5  (310) 846-5800

6  Attorney for Plaintiffs

7

8

9

10

11

**NUNC PRO TUNC TO 8/10/2005**

```
FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

12  BRAVADO INTERNATIONAL GROUP
    MERCHANDISING SERVICES, INC.

13  and BRAVADO INTERNATIONAL

14  GROUP,LIMITED,

15                Plaintiffs,

16

17        -against-

18

19  NETTILLECT, INC., d/b/a
    GOODRAGS.COM, SERGEY

20  ROMANENKO, YOUSEF SONBOLIAN,
    YONADA, INC., RACHEL PINKER,

21  SAINTS LOUNGE, INC., IN VITRO,

22  INC., FREAKS, INC., REROCK4EVER,
    INC., ED NAUMCHUK, REDZONE,

23  INC., PETER MICHAILOW a/k/a

24  PINHAS MICHAILOW, DAVID

25  MICHAILOW and I SCHWARTZ, INC.

26

27                Defendants.

28

CASE No.
CV04-2116 RSWL (JTLx)

**AMENDED**
[~~PROPOSED~~] **PARTIAL**
**JUDGMENT AND**
**PERMANENT INJUNCTION**
**NUNC PRO TUNC TO 8/10/2005**

Date:   July 18, 2005
Time:   9:00 A.M.
Crtrm:  21

C:\X\NETTILLECT\SCHWARTZ5-27-05PARIAL JUD doc

1

1    Plaintiffs having filed a motion for default judgment and the Court having

2    found in favor of plaintiffs and that defendants Peter Michailow a/k/a Pinhas

3

4    Michailow, David Michailow and I Schwartz, Inc. acted willfully and maliciously

5    in their acts of trademark infringement and violations of California Civil Code

6
     Section 3344.
7

8

9    IT IS HEREBY ORDERED that:

10

11

12        1.    Judgment is entered against defendants Peter Michailow a/k/a Pinhas

13
     Michailow, David Michailow and I Schwartz, Inc. jointly and severally in the
14
                         $246,653.50
15   amount of $2XX,XXX,XX consisting of statutory damages of $48,750.00 pursuant to

16   California Civil Code Section 3344, punitive damage of $48,750.00 pursuant to

17

18   California Civil Code Section 3344, treble profits of $49,153.50 with respect to the

19   infringement of the trademarks of The Clash, The Cure, The Who, Sex Pistols and

20
     Morrissey, $100,000.00 in statutory damages pursuant to 15 U.S.C. 1117(c) in
21

22   connection with the infringement of the Guns N Roses trademark plus attorneys'

23   fees ~~and costs of $8,533.07~~ pursuant to Local Rule 55-3. and costs as

24                                                                    assessed by the Clerks
                                                                     Office.
25

26

27

28

1      2.     Peter Michailow a/k/a Pinhas Michailow, David Michailow and I

2  Schwartz, Inc. are permanently enjoined from selling, manufacturing and/or

3

4  distributing any merchandise bearing the names, trademarks and/or likenesses of

5  The Cure, The Who, Sex Pistols, Morrissey, The Clash and Guns N Roses.

6

7

8

9

10  DATED: 8/11/2015           s/ RONALD S.W. LEW

11                           THE HONORABLE RONALD S.W. LEW

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28