KENNETH A. FEINSWOG (Bar. No. 129562)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Fax: (310) 846-5801
Email: kfeinswog@aol.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT,

## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC. and BRAVADO INTERNATIONAL GROUP, LIMITED,<br><br>Plaintiffs,<br>v.<br><br>NETTILLECT, INC. d/b/a GOODRAGS,COM, et al,<br><br>Defendants. | CASE NO.<br>CV04-2116 RSWL (JTLx)<br><br>**RENEWAL OF JUDGMENT<br>BY CLERK** |

Based upon the application for renewal of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320 and for good cause appearing, therefore:

The judgment to and against Defendants Peter Michailow a/k/a Pinhas Michailow, David Michailow and I Schwartz, Inc. entered Nunc Pro Tunc to August 10, 2005 (a copy of which is attached) is hereby renewed in the amounts set forth below:

Renewal of Money Judgment:

|   |   |   |
|---|---|---|
| a. | Total judgment | $ 246,653.50 |
| b. | Costs after judgment | 0.00 |
| c. | Attorneys' fees | 0.00 |
| d. | Subtotal | $ 246,653.50 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal | $ 246,653.50 |
| g. | Interest after judgment | 0.00 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | $ 246,653.50 |

DATED:   8/25/2015

_s/ J. REMIGIO_____
Clerk

| | |
|---|---|
| 1  KENNETH A. FEINSWOG<br>2  Bar No. 129562<br>   6100 Center Drive<br>3  Suite 630<br>4  Los Angeles, California 90045<br>   (310) 846-5800<br>5<br>6  Attorney for Plaintiffs | **NUNC PRO TUNC TO 8/10/2005**<br>FILED<br>CLERK, U.S. DISTRICT COURT<br><br>AUG 11 2015<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ____JRE____ DEPUTY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP  )<br>MERCHANDISING SERVICES, INC.  )<br>and BRAVADO INTERNATIONAL    )<br>GROUP, LIMITED,               )<br>                              )<br>              Plaintiffs,     )<br>                              )<br>   -against-                   )<br>                              )<br>NETTILLECT, INC., d/b/a        )<br>GOODRAGS.COM, SERGEY          )<br>ROMANENKO, YOUSEF SONBOLIAN,  )<br>YONADA, INC., RACHEL PINKER,   )<br>SAINTS LOUNGE, INC., IN VITRO, )<br>INC., FREAKS, INC., REROCK4EVER,)<br>INC., ED NAUMCHUK, REDZONE,    )<br>INC., PETER MICHAILOW a/k/a    )<br>PINHAS MICHAILOW, DAVID        )<br>MICHAILOW and I SCHWARTZ, INC. )<br>                              )<br>              Defendants.     | CASE No.<br>CV04-2116 RSWL (JTLx)<br><br>**AMENDED**<br>[~~PROPOSED~~] PARTIAL<br>JUDGMENT AND<br>PERMANENT INJUNCTION<br><br>**NUNC PRO TUNC TO 8/10/2005**<br>Date: July 18, 2005<br>Time: 9:00 A.M.<br>Crtrm: 21 |

C:\XNETTILLECT\SCHWARTZ5-27-05PARIAL JUD.doc

1

Plaintiffs having filed a motion for default judgment and the Court having found in favor of plaintiffs and that defendants Peter Michailow a/k/a Pinhas Michailow, David Michailow and I Schwartz, Inc. acted willfully and maliciously in their acts of trademark infringement and violations of California Civil Code Section 3344.

IT IS HEREBY ORDERED that:

1. Judgment is entered against defendants Peter Michailow a/k/a Pinhas Michailow, David Michailow and I Schwartz, Inc. jointly and severally in the amount of ~~$2XXX,XXXXX~~ **$246,653.50** consisting of statutory damages of $48,750.00 pursuant to California Civil Code Section 3344, punitive damage of $48,750.00 pursuant to California Civil Code Section 3344, treble profits of $49,153.50 with respect to the infringement of the trademarks of The Clash, The Cure, The Who, Sex Pistols and Morrissey, $100,000.00 in statutory damages pursuant to 15 U.S.C. 1117(c) in connection with the infringement of the Guns N Roses trademark plus attorneys' fees ~~and costs of $8,533.05~~ pursuant to Local Rule 55-3. and costs as assessed by the Clerks office.

2

2. Peter Michailow a/k/a Pinhas Michailow, David Michailow and I Schwartz, Inc. are permanently enjoined from selling, manufacturing and/or distributing any merchandise bearing the names, trademarks and/or likenesses of The Cure, The Who, Sex Pistols, Morrissey, The Clash and Guns N Roses.

DATED: 8/11/2015

s/ RONALD S.W. LEW
_____
THE HONORABLE RONALD S.W. LEW